COLT / SINGER / BEA LLP
  Benjamin L. Singer (Bar No. 264295)
  bsinger@coltsinger.com
  Renee B. Bea (Bar No. 268807)
  rbea@coltsinger.com
  Douglas S. Tilley (Bar No. 265997)
  dtilley@coltsinger.com
235 Montgomery Street, Suite 907
San Francisco, California 94104
Telephone:  (415) 500-6080
Facsimile:  (415) 500-6080

COLT / SINGER / BEA LLP
  Walter C. Pfeffer (Bar No. 289421)
  wpfeffer@coltsinger.com
255 Shoreline Drive, Suite 540
Redwood Shores, CA 94065
Telephone:  (650) 887-6650
Facsimile:  (650) 887-6650

Attorneys for Plaintiff Telesocial Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TELESOCIAL INC., a Delaware Corporation, | CASE NO. 3:14-CV-3985-JD |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | Judge: Hon. James Donato |
| ORANGE S.A., a French Corporation; ANNE BENRIKHI, an individual; DMITRI DELMAS, an individual; ANN DORNIER, an individual; OLIVER GODINIAUX, an individual; GUILLAUME GUIMOND, an individual; FABRICE PETESCH, an individual; and JACQUES VIEL, an individual. | |
| Defendants. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE Walter C. Pfeffer of Colt / Singer / Bea LLP hereby appears as counsel of record for Plaintiff Telesocial Inc. Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> Walter C. Pfeffer (CA Bar No. 289421)
> wpfeffer@coltsinger.com
> 255 Shoreline Drive, Suite 540
> Redwood Shores, CA 94065
> Telephone: (650) 887-6650
> Facsimile: (650) 887-6650

Date: November 10, 2014

Respectfully submitted,

COLT / SINGER / BEA LLP

By: /s/ *Walter C. Pfeffer*
    Walter C. Pfeffer

Attorneys for Telesocial Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 10, 2014, a copy of the foregoing was sent via electronic mail transmission to counsel for Defendants at LBrenner@KelleyDrye.com and first class mail to Lee Brenner at 10100 Santa Monica Boulevard, 23rd Floor, Los Angeles, CA 90067.

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

/s/ *Walter C. Pfeffer*