COLT / SINGER / BEA LLP
  Benjamin L. Singer (Bar. No. 264295)
  bsinger@coltsinger.com
  Renee B. Bea (Bar No. 268807)
  rbea@coltsinger.com
  Douglas S. Tilley (Bar No. 265997)
  dtilley@coltsinger.com
235 Montgomery Street, Suite 907
San Francisco, CA  94104
Telephone:    (415) 500-6080
Facsimile:    (415) 500-6080

*Attorneys for Telesocial Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TELESOCIAL INC., | CASE NO. 3:14-CV-03985-JD |
| Plaintiff, | **TELESOCIAL, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| ORANGE S.A., a French Corporation; ANNE BENRIKHI, an individual; DIMITRI DELMAS, an individual; ANN DORNIER, an individual; OLIVIER GODINIAUX, an individual; GUILLAUME GUIMOND, an individual; FABRICE PETESCH, an individual; and JACQUES VIEL, an individual, | Filed:  September 2, 2014<br>Trial Date:  None Set |
| Defendants. | |

# CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Civil Local Rule 3-15 of the Northern District of California, by and through its undersigned counsel of record, Plaintiff Telesocial, Inc. ("Telesocial") certifies that other than the parties, the persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities listed below may have a financial interest in the subject matter in controversy or in a party to the proceeding, and/or some other kind of interest that could be substantially affected by the outcome of the proceeding.

1. Facebook, Inc., and its agents and/or employees;
2. Orange Silicon Valley, and its agents and/or employees; and
3. Additional employees of Orange S.A.

Date: 11/11/2014

Respectfully submitted,

COLT / SINGER / BEA LLP

By: /s/ Benjamin L. Singer
Benjamin L. Singer
Renee B. Bea
Douglas S. Tilley
*Attorneys for Telesocial Inc.*