KELLEY DRYE & WARREN LLP
  Daniel Schimmel (*Pro Hac Vice Pending*)
101 Park Ave, 27th Floor
New York, NY 10178
Telephone: (212) 808-7800
Facsimile:  (212) 808-7897
dschimmel@kelleydrye.com

KELLEY DRYE & WARREN LLP
    Lee S. Brenner (State Bar No. 180235)
10100 Santa Monica Boulevard
Twenty-Third Floor
Los Angeles, CA 90067-4008
Telephone:  (310) 712-6100
Facsimile:   (310) 712-6199
lbrenner@kelleydrye.com

Attorneys for Defendants Orange S.A., Anne Benrikhi, Dimitri Delmas, Olivier Godiniaux, Guillaume Guimond, Fabrice Petesch, and Jacques Viel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

TELESOCIAL INC.,

Plaintiff,

v.

ORANGE S.A., a French Corporation; ANNE BENRIKHI, an individual; DIMITRI DELMAS, an individual; ANN DORNIER, an individual; OLIVIER GODINIAUX, an individual; GUILLAUME GUIMOND, an individual; FABRICE PETESCH, an individual; and JACQUES VIEL, an individual.

Defendant.

Case No. 3:14-cv-03985 JD

Assigned to Hon. James Donato

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS TELESOCIAL'S COMPLAINT**

*[Notice of Motion and Motion; Declaration of George Bermann; Declaration of Catherine Le Drogo; Declaration of Daniel Schimmel; and [Proposed] Order Filed Concurrently Herewith]*

Date:   January 28, 2015
Time:   9:30 a.m.
Room:   11

Action Filed: September 2, 2014
Trial Date:   None Set

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Orange S.A. ("Orange"), Anne Benrikhi, Dimitri Delmas, Olivier Godiniaux, Guillaume Guimond, Fabrice Petesch, and Jacques Viel, by and through their counsel of record, and in support of their memorandum of points and authorities in support of the motion to dismiss the Complaint of Plaintiff Telesocial Inc. ("TS") for improper venue, under principles of judicial estoppel and alternatively for *forum non conveniens*, respectfully submits this Request for Judicial Notice pursuant to Federal Rule of Evidence 201 and the case law cited herein. Defendants hereby requests that the Court take judicial notice of the following documents:

1. TS's first application for pre-action disclosure of documents, pursuant to Article 145 of the French Code of Civil Procedure, filed with the Paris Commercial Court on June 4, 2013, and the order granting that ex parte application on the same day (the "Production Order"). An English translation, true and accurate copy of the French original, and a translation certification are attached hereto as Exhibit 1.

2. Excerpts of TS's appellate brief filed with the Paris Court of Appeal on March 25, 2014. An English translation of these excerpts, true and accurate copy of the French original, and a translation certification are attached hereto as Exhibit 2.

3. Decision of the Paris Court of Appeal, dated July 1, 2014, reversing the Production Order. An English translation, true and accurate copy of the French original, and a translation certification are attached hereto as Exhibit 3.

4. Excerpts of TS's second application for pre-action production of documents, pursuant to Article 145 of the French Code of Civil Procedure, filed September 25, 2014. An English translation of these excerpts, true and accurate copy of the French original, and a translation certification are attached hereto as Exhibit 4.

/ / /

Pursuant to Fed. R. Evid. 201(b), the Court may judicially notice a fact that is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Judicial notice may be taken "at any stage of the proceeding." Fed. R. Evid. 201(d). Courts will take judicial notice of documents in connection with motions to dismiss. *See, e.g., MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (judicially noticeable items may be considered when evaluating a 12(b)(6) motion).

This Court may take judicial notice of TS's filings in the French lawsuit as well as the French decision contained in Exhibits 1-4. *See In re Toyota Motor Corp.*, No. 8:10ML 02151 JVS (FMOx), 2011 WL 6004569, at *2 (C.D. Cal. Nov. 30, 2011) (granting motion to dismiss); *Gabbanelli v. Gabbanelli*, 575 F.3d 693 (2d Cir. 2009); *Reyn's Pasta Bella, L.L.C. v. Visa U.S.A., Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (The court may take notice of "court filings and other matters of public record.") (affirming order of dismissal).

DATED: December 1, 2014      KELLEY DRYE & WARREN LLP
                                           Daniel Schimmel
                                           Lee S. Brenner

                                           By /s/ Lee S. Brenner
                                                  Lee S. Brenner
                                           Attorneys for Defendants Orange S.A., Anne Benrikhi, Dimitri Delmas, Olivier Godiniaux, Guillaume Guimond, Fabrice Petesch, And Jacques Viel