UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TELESOCIAL INC., | |
|---|---|
| Plaintiff, | Case No. 14-cv-03985-JD |
| v. | **SCHEDULING ORDER** |
| ORANGE S.A., et al., | |
| Defendants. | |

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Trials.

| Event | Deadline |
|---|---|
| Last day to exchange initial disclosures | 12/24/14 |
| Last day to add parties or amend pleadings | 3/18/15 |
| Fact discovery cut-off | 6/10/15 |
| Expert disclosure cut-off | 6/27/15 |
| Rebuttal expert disclosure cut-off | 7/15/15 |
| Expert discovery cut-off | 7/29/15 |
| Last day to file dispositive motions | 8/26/15 |
| Pretrial conference | 11/25/15 at 3:00 p.m. |
| Jury Trial | 12/7/15 at 9:00 a.m. |

All dates set by the Court should be regarded as firm.  Counsel may not modify these dates by stipulation without leave of court.  Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance.  Sanctions may issue for a failure to obey a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  December 10, 2014

_____
JAMES DONATO
United States District Judge