UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: December 10, 2014                                                          Judge: James Donato

FTR Time: 1:37-1:42 = 5 Minutes

Case No.      **C-14-03985-JD**
Case Name     **Telesocial Inc. v. Orange S.A. et al.**

Attorney(s) for Plaintiff(s):    Renee Beltranena Bea/Benjamin Laban Singer
Attorney(s) for Defendant(s):    Lee Scott Brenner/Daniel Schimmel

Deputy Clerk: Lisa Clark

PROCEEDINGS

Case Management Conference - Held

RESULT OF HEARING

The Court sets the following dates:
Initial disclosures shall be completed by 12/24/14.
Last day to amend pleadings and add parties is 3/18/15.
Fact discovery cut-off is 6/10/15.
Expert witness disclosure cut-off is 6/27/15.
Rebuttal expert witness disclosure cut-off is 7/15/15.
Expert witness discovery cut-off is 7/29/15.
Last day to file dispositive motions is 8/26/15.
Pretrial conference set for 11/25/15 at 3:00 p.m.
Jury trial set for 12/7/15 at 9:00 a.m.
The parties are directed to follow the Court's Standing Orders for Civil Cases, Discovery and Civil Trials.