# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

---

Date:  April 2, 2015　　　　　　　　　　　　　　　　　　　　　　Judge:  James Donato

Time: 24 Minutes

Case No.　　**C-14-03985-JD**
Case Name　**Telesocial Inc. v. Orange S.A. et al**

Attorney(s) for Plaintiff(s):　　Benjamin L. Singer
Attorney(s) for Defendant(s):　Lee S. Brenner/Daniel Schimmel

Deputy Clerk:  Lisa Clark

## PROCEEDINGS

Telephonic Discovery Hearing - Held

## RESULT OF HEARING

The plaintiff will decrease the number of custodians from 24 to 18 and will provide the defendant an updated list of the custodians in order of priority by April 8, 2015.  If the plaintiff's requested search terms are over-inclusive, the parties will work together to select relevant search terms that produce necessary documents but do not inflict unnecessary burdens on the defense.  The parties will submit a status report by April 30, 2015.  The parties should improve their communication and work together on a good faith basis to ensure that discovery continues to move forward productively.

The Court resets only the following deadlines:
Fact discovery cutoff is 7/13/15.
Expert disclosure cutoff is 7/20/15.
Rebuttal expert disclosure cutoff is 7/27/15.
Expert discovery cutoff is 8/3/15.
No other dates are changed.