# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| TELESOCIAL INC., | Case No. 14-cv-03985-JD |
| Plaintiff, | |
| v. | **AMENDED SCHEDULING ORDER** |
| ORANGE S.A., et al., | |
| Defendants. | |

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Trials.

| Event | Deadline |
| --- | --- |
| Fact discovery cut-off | 7/13/15 |
| Expert disclosures | 7/20/15 |
| Rebuttal expert disclosures | 7/27/15 |
| Expert discovery cut-off | 8/3/15 |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions

may issue for a failure to obey a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: April 3, 2015

_____
JAMES DONATO
United States District Judge