1   WARREN LEX LLP
    Matthew S. Warren (Cal. Bar No. 230565)
2   Patrick M. Shields (Cal. Bar No. 204739)
    Erika H. Mayo (Cal. Bar No. 295570)
3   2261 Market Street, No. 606
    San Francisco, California, 94114
4   14-3985@cases.warrenlex.com
    +1 (415) 895-2940
5   +1 (415) 895-2964 facsimile

6   *Attorneys for Plaintiff Telesocial Inc.*

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12   TELESOCIAL INC., | CASE NO. 3:14-CV-3985-JD |
| 13        Plaintiff, | **NOTICE OF APPEARANCE** |
| 14        v. | |
| 15   ORANGE S.A., a French Corporation; | |
| ANNE BENRIKHI, an individual; | |
| 16   DIMITRI DELMAS, an individual; | |
| OLIVIER GODINIAUX, an individual; | |
| 17   GUILLAUME GUIMOND, an individual; | |
| FABRICE PETESCH, an individual; | |
| 18   JACQUES VIEL, an individual; | |
| BARBARA BOBILLIER, an individual; | |
| 19   BENOIT AMET, an individual; | |
| THOMAS LESENECHAL, an individual; | |
| 20   FLORIAN DE SA, an individual; | |
| ANTOINE LECOUTTEUX, an individual; | |
| 21   and SYLVAIN JAUDRY, an individual, | |
| 22        Defendants. | |
| 23 | |

24

25   TO THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

26         PLEASE TAKE NOTICE that Matthew S. Warren, an attorney with Warren Lex LLP

27   //

28   //

1 | admitted to practice before this Court, hereby appears as counsel of record for Plaintiff

2 | Telesocial Inc.

3

4 | Date:   May 6, 2015                Respectfully submitted,

5

6 | Matthew S. Warren
WARREN LEX LLP

7

*Attorneys for Telesocial Inc.*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28