| | |
|---|---|
| COLT / SINGER / BEA LLP<br>Benjamin L. Singer (Cal. Bar No. 264295)<br>bsinger@coltsinger.com<br>Renee B. Bea (Cal. Bar No. 268807)<br>rbea@coltsinger.com<br>Douglas S. Tilley (Cal. Bar No. 265997)<br>dtilley@coltsinger.com<br>601 Montgomery Street, Suite 1950<br>San Francisco, California, 94111<br>+1 (415) 500-6080<br>+1 (415) 500-6080 facsimile<br><br>WARREN LEX LLP<br>Matthew S. Warren (Cal. Bar No. 230565)<br>Patrick M. Shields (Cal. Bar No. 204739)<br>Erika H. Mayo (Cal. Bar No. 295570)<br>14-3985@cases.warrenlex.com<br>2261 Market Street, No. 606<br>San Francisco, California, 94114<br>+1 (415) 895-2940<br>+1 (415) 895-2964 facsimile<br><br>*Attorneys for Plaintiff Telesocial Inc.* | DURIE TANGRI LLP<br>Michael H. Page (Cal. Bar No. 154913)<br>mpage@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, California, 94111<br>+1 (415) 362-6666<br>+1 (415) 236-6300 facsimile<br><br>*Attorneys for Defendant Orange, S.A.*<br><br>FOLEY HOAG LLP<br>Daniel Schimmel (*pro hac vice*)<br>dschimmel@foleyhoag.com<br>1177 Avenue of the Americas<br>New York, New York, 10036<br>+1 (646) 927-5500<br>+1 (646) 927-5599 facsimile<br><br>*Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TELESOCIAL INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>ORANGE S.A., a French Corporation;<br>ANNE BENRIKHI, an individual;<br>DIMITRI DELMAS, an individual;<br>OLIVIER GODINIAUX, an individual;<br>GUILLAUME GUIMOND, an individual;<br>FABRICE PETESCH, an individual;<br>JACQUES VIEL, an individual;<br>BARBARA BOBILLIER, an individual;<br>BENOIT AMET, an individual;<br>THOMAS LESENECHAL, an individual;<br>FLORIAN DE SA, an individual;<br>ANTOINE LECOUTTEUX, an individual;<br>and SYLVAIN JAUDRY, an individual,<br><br>      Defendants. | CASE NO. 3:14-CV-3985-JD<br><br>**STIUPLATION AND REQUEST TO VACATE SCHEDULING ORDER; AND**<br><br>**[PROPOSED] ORDER** |

1  Pursuant to Rule 7-12 of the Northern District of California Civil Local Rules, Plaintiff
2  Telesocial Inc. and Defendants Orange, S.A., Anne Benrikhi, Dmitri Delmas, Olivier Godiniaux,
3  Guillaume Guimond, Fabrice Petesch, Jacques Viel, Barbara Bobillier, Benoit Amet, Thomas
4  Lesenechal, Florian De Sa, and Antoine Lecoutteux (collectively "Defendants"), by and through
5  their respective counsel of record, hereby stipulate as follows:

6  WHEREAS on June 2, 2015, Defendants filed a Petition for Writ of Mandamus relating to
7  this Court's Order Denying Motion to Dismiss (Dkt. No. 85) ("the Petition");

8  WHEREAS on June 8, 2015, at Defendants' request, the Ninth Circuit entered a stay of
9  discovery in this action pending review of the Petition;

10  WHEREAS on August 11, 2015, the Ninth Circuit issued notice setting oral argument on
11  the Petition for October 19, 2015;

12  WHEREAS, pursuant to the December 10, 2014 Scheduling Order (Dkt. No. 35) and this
13  Court's Standing Order for Civil Trials, several case management deadlines have already elapsed
14  and the parties' pretrial filings are currently due in October 2015, before the parties can
15  realistically expect a decision from the Ninth Circuit on the Petition; and

16  WHEREAS, in light of the foregoing, the parties agree it would be in the interest of
17  judicial economy to postpone all outstanding pretrial and trial dates pending resolution of the
18  Petition and the associated stay of discovery;

19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

NOW, THEREFORE, the parties jointly stipulate and request that the dates in the current Scheduling Order be taken off calendar pending further order of the Court. In the event the case is remanded to this Court by the Ninth Circuit, the parties shall submit a joint case management conference statement within fifteen (15) days of any order by the Ninth Circuit dissolving the stay of discovery.

Date: September 22, 2015        WARREN LEX LLP

/s/ Patrick M. Shields
Patrick M. Shields
*Attorneys for Plaintiff Telesocial Inc.*

Date: September 22, 2015        FOLEY HOAG LLP

/s/ Daniel Schimmel
Daniel Schimmel (*pro hac vice*)
*Attorneys for Defendants*

Date: September 22, 2015        DURIE TANGRI LLP

/s/ Michael H. Page
Michael H. Page
*Attorneys for Defendant Orange, S.A.*

### ATTESTATION OF SIGNATURE

Pursuant to Civil Local Rule 5-1(i)(3), I attest that Michael H. Page and Daniel Schimmel, counsel for Defendants, have concurred in this filing and have authorized me to file this document including their signatures.

/s/ Patrick M. Shields
Patrick M. Shields

-3-                                 No. 3:14-CV-3985-JD
STIPULATION AND REQUEST TO VACATE SCHEDULING ORDER

1  **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, all deadlines triggered by the December 10, 2014 Scheduling Order (Dkt. No. 35) are hereby taken off calendar pending further order of this Court. In the event the case is remanded to this Court by the Ninth Circuit, the parties shall submit a joint case management conference statement within fifteen (15) days of any order by the Ninth Circuit dissolving the stay of discovery in this action.

IT IS SO ORDERED.

Dated: __September 28__, 2015     _____



APPROVED
Judge James Donato