SINGER / BEA LLP
  Benjamin L. Singer (Bar No. 264295)
  bsinger@singerbea.com
  Renée B. Bea (Bar No. 268807)
  rbea@singerbea.com
  Douglas S. Tilley (Bar No. 265997)
  dtilley@singerbea.com
601 Montgomery Street, Suite 1950
San Francisco, California  94111
Telephone:     (415) 500-6080
Facsimile:      (415) 500-6080

*Attorneys for Telesocial, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TELESOCIAL, INC., | CASE NO. 3:14-CV-03985-JD |
| Plaintiff, | **NOTICE OF CHANGE OF FIRM NAME AND RELATED CONTACT INFORMATION** |
| v. | |
| ORANGE S.A., a French Corporation; ANNE BENRIKHI, an individual; DIMITRI DELMAS, an individual; OLIVIER GODINIAUX, an individual; GUILLAUME GUIMOND, an individual; FABRICE PETESCH, an individual; JACQUES VIEL, an individual; BARBARA BOBILLIER, an individual; BENOIT AMET, an individual; THOMAS LESENECHAL, an individual; FLORIAN DE SA, an individual; ANTOINE LECOUTTEUX, an individual; and SYLVAIN JAUDRY, an individual. | |
| Defendants. | |

**TO THE CLERK OF THE COURT, DEFENDANTS, AND THEIR COUNSEL:**

PLEASE TAKE NOTICE that the law firm Colt / Singer / Bea LLP has changed its name to Singer / Bea LLP, effective October 13, 2015.

As a result of the firm's name change, the e-mail address domain has also changed for all counsel of record for Plaintiff Telesocial, Inc. ("Plaintiff").

Additionally, the direct telephone number for Douglas Tilley has been changed.

The new e-mail addresses and telephone numbers for Plaintiff's counsel of record are as follows:

Benjamin L. Singer
bsinger@singerbea.com
Direct Telephone Number:   (415) 500-6077

Renée B. Bea
rbea@singerbea.com
Direct Telephone Number:   (415) 500-6079

Douglas Tilley
dtilley@singerbea.com
Direct Telephone Number:   (628) 400-3961

Singer / Bea LLP's street and mailing address has not changed.  Plaintiff requests that all service lists be updated accordingly.

Date:  December 3, 2015                     Respectfully submitted,

SINGER / BEA LLP


By:  /s/ Renée B. Bea
       Benjamin L. Singer
       Renée B. Bea
       Douglas Tilley

Attorneys for Telesocial, Inc.