# EXHIBIT B

1   DURIE TANGRI LLP
    Michael H. Page (Cal. Bar No. 154913)
2   mpage@durietangri.com
    217 Leidesdorff Street
3   San Francisco, California, 94111
    +1 (415) 362-6666
4   +1 (415) 236-6300 facsimile
        *Attorneys for Defendant Orange, S.A.*
5
    FOLEY HOAG LLP
6   Daniel Schimmel (*pro hac vice*)
        dschimmel@foleyhoag.com
7   1540 Broadway, 23rd Floor
    New York, New York, 10036
8   +1 (646) 927-5500
    +1 (646) 927-5599 facsimile
9   *Attorneys for Defendants*

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                    SAN FRANCISCO DIVISION
13

14

15  TELESOCIAL INC.,                      | CASE NO. 3:14-CV-3985-JD

16              Plaintiff,

17      v.                                   **REQUEST FOR INTERNATIONAL
                                            JUDICIAL ASSISTANCE PURSUANT TO
18  ORANGE S.A., a French Corporation;     CHAPTER II OF THE HAGUE
    ANNE BENRIKHI, an individual;          CONVENTION OF 18 MARCH 1970 ON
19  DIMITRI DELMAS, an individual;         THE TAKING OF EVIDENCE ABROAD
    OLIVIER GODINIAUX, an individual;      IN CIVIL OR COMMERCIAL MATTERS**
20  GUILLAUME GUIMOND, an individual;
    FABRICE PETESCH, an individual;
21  JACQUES VIEL, an individual;
    BARBARA BOBILLIER, an individual;
22  BENOIT AMET, an individual;
    THOMAS LESENECHAL, an individual;
23  FLORIAN DE SA, an individual;
    ANTOINE LECOUTTEUX, an individual;
24  and SYLVAIN JAUDRY, an individual,

25              Defendants.

26

27

28

A request is hereby made by the United States District Court for the Northern District of California to the Ministère de la Justice, Direction des Affaires Civiles et du Sceau, Bureau de l'entraide civile et commercial international (D3), 13, Place Vendôme, 75042 Paris Cedex 01, France, for assistance in the above-captioned action in obtaining the deposition testimony of individuals located in France.  This request is made pursuant to Chapter II of the Hague Convention of 18 March 1970 on the Taking of Evidence in Civil or Commercial Matters (the "Hague Convention"):

| | |
|---|---|
| 1. Sender | The Honorable James Donato<br>United States District Judge<br>United States District Court<br>Northern District of California<br>San Francisco Courthouse, 19th Fl., CR 11<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>United States of America |
| 2. Central Authority of the Requested State | Ministère de la Justice<br>Direction des Affaires Civiles et du Sceau<br>Bureau de l'entraide civile et commercial<br>international (D3)<br>13, Place Vendome<br>75042 Paris Cedex 01<br>France |
| 3. Person to whom the executed request is to be returned | Michael Page<br>Durie Tangri LLP<br>217 Leidesdorff Street<br>San Francisco, California, 94111<br><br>This Court asks that the executed request be returned to Mr. Page as soon as possible. |

4. In conformity with  Chapter II, Article 17 of the Convention, the undersigned Applicant has the honor to submit the following request:

| | |
|---|---|
| 5(a).  Requesting judicial authority | United States District Court<br>Northern District of California<br>San Francisco Courthouse, 19th Fl., CR 11<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>United States of America |
| 5(b).  To the competent authority of | The Republic of France |

6.  The names and addresses of the parties to the proceedings and their representatives

| | |
|---|---|
| 6(a).  Plaintiffs | Telesocial Inc.<br>5 Funston Ave.<br>San Francisco, CA 94129 |
| | Represented by: |
| | Benjamin L. Singer<br>Renee B. Bea<br>Douglas S. Tilley<br>singer / bea LLP<br>601 Montgomery Street, Suite 1950<br>San Francisco, California, 94111<br>United States of America |
| | -and- |
| | Todd Briggs<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>United States of America |
| 6(b) Defendant | Orange, S.A.<br>78 Rue Olivier de Serres,<br>75015 Paris,<br>France |
| | Represented by: |
| | Michael H. Page<br>Durie Tangri LLP |

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

217 Leidesdorff Street
San Francisco, California, 94111
United States of America

-and-

Daniel Schimmel
Foley Hoag LLP
1177 Avenue of the Americas
New York, New York, 10036
United States of America

7.  The nature and the purpose of the proceedings and summary of the facts

Plaintiff Telesocial Inc. ("Telesocial") is a tech start-up founded in 2008 which developed a software application known as "Call Friends."

Defendant Orange, S.A. is a French telecommunications provider; the individually-named defendants are persons associated with Orange ("Orange").

In 2012, Orange and Telesocial began discussions about a possible business deal involving the "Call Friends" application.  The parties never reached agreement as to an ongoing business relationship.  Telesocial filed the Complaint initiating the instant action on September 2, 2014, which it amended on December 15, 2014 (the "Amended Complaint").  In its Amended Complaint, Telesocial alleged that Orange and the various individual defendants improperly obtained access to and copied Telesocial's technology, and other related claims.  By its answer of May 12, 2015, amended on June 19, 2015, Orange denied that it used, copied, or reverse-engineered Telesocial's technology, in addition to other defenses.  Discovery is ongoing.  On May 6, 2016, the District Court entered the Second Amended Scheduling Order, providing a fact discovery deadline of September 30, 2016.

8.  Evidence to be obtained

The parties seek permission to take the oral deposition testimony of individuals residing in France.

3

| | |
|---|---|
| 9.  Identity and address of person to be Examined | Benoît Amet, Anne Benrikhi, Laurent Castaignet, Guilhem Caumel, Dimitri Delmas, Emmanuelle Desodt, Olivier Godiniaux, Jonathan Gourdin, Guillaume Guimond, Bertrand Guisnet, Antoine Lecoutteux, Catherine Le Drogo Ferrari, Frédéric Martelli, Xavier Perret, Fabrice Petesch, and, Philippe Streiff. |
| 10.  Subject matter about which the person is to be examined | Each individual's knowledge concerning the claims in Telesocial's Amended Complaint and Orange's defenses thereto. |
| 11.  The name of any of the parties, or their representatives, who plan to attend the deposition | Benjamin Singer, Renee Bea and others from Singer/Bea LLP, and Todd Briggs and others from Quinn Emmanuel, on behalf of Telesocial, and Daniel Schimmel and Anthony Mirenda and others from Foley Hoag LLP, on behalf of Orange. |
| 12.  The names, address, and telephone numbers of the stenographer and interpreter who have been selected, if any | |
| 13.  Whether the parties to the case have consented to the deposition, and if not, the reasons for any objection which has been made | The parties have consented to the depositions. |
| 14.  A suggested date for the depositions, if there is a preference | Various dates between June 22 - September 22, 2016 |
| 15.  Any requirement that the evidence is to be given on oath or affirmation, and any special form to be used | All evidence shall be given under oath, under penalty of perjury. |

4

| | |
|---|---|
| 16.  Any special methods or procedures to be followed | The Commissioner, the parties' representatives, attorneys, interpreters, and a stenographer and a videographer will be permitted to be present during the deposition; the stenographer will be permitted to record verbatim the examination; attorneys for the parties will conduct the examination; witness examinations by attorneys for the parties will be conducted orally.  The parties request that transcription of the deposition be in English. |
| 17.  Specification of privilege or duty to refuse to give evidence under the law of the State or origin | Witnesses may refuse to answer a question where doing so would disclose a privileged communication with counsel or where doing so would disclose work performed under the direction of an attorney. |
| 18.  Authority appointing Commissioner, pending approval of the Ministère de la Justice | United States District Court<br>Northern District of California<br>San Francisco Courthouse, 19th Fl., CR 11<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>United States of America |
| 19.  Commissioner | Shelle Higgins, CSR 10455, CLVS or others from European Court Reporting<br>18 Chemin de la Croix Saint Jerome<br>77123 Noisy-sur-Ecole<br>France<br>Tel. 33 (0)977 197 098 |
| 20.  The costs of the Hague Convention proceedings, including, without limitation, the fees of the Commissioner and the translation fees or costs, will be borne by | The party identified in 6(a), but each party will be responsible for the fees and expenses, if any, of its own attorneys relating to the Hague Convention proceedings. |

STIPULATION AND ORDER APPOINTING COMMISSIONER AND DIRECTING SUBMISSION OF
HAGUE CONVENTION APPLICATION
CASE NO. 3:14-CV-03985-JD

1
2
3
_____
4   HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE
5
6
7   Dated: _____
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER APPOINTING COMMISSIONER AND DIRECTING SUBMISSION OF
HAGUE CONVENTION APPLICATION
CASE NO. 3:14-CV-03985-JD