United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESOCIAL INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>ORANGE S.A., et al.,<br><br>        Defendants. | Case No. 14-cv-03985-JD<br><br>**ORDER ON MOTION FOR ISSUANCE OF LETTERS ROGATORY**<br><br>Re: Dkt. No. 147 |

The Court grants the motion for issuance of letters rogatory (Dkt. No. 147).

**IT IS SO ORDERED.**

Dated: August 9, 2016

JAMES DONATO
United States District Judge