UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESOCIAL INC.,<br>        Plaintiff,<br>    v.<br>ORANGE S.A., et al.,<br>        Defendants. | Case No. 14-cv-03985-JD<br><br>**THIRD AMENDED SCHEDULING ORDER** |

The Court sets the following amended case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Deadline |
|---|---|
| Complete mandatory settlement conference | August 26, 2016 |
| Fact discovery cut-off | October 21, 2016 |
| Expert disclosures | November 14, 2016 |
| Rebuttal expert disclosures | December 7, 2016 |
| Expert discovery cut-off | December 21, 2016 |
| Last day to file dispositive and *Daubert* motions | December 28, 2016 |
| Last day to oppose dispositive and Daubert motions | January 17, 2017 |
| Last day to reply re dispositive and Daubert motions | January 23, 2017 |
| Pretrial conference | March 23, 2017 |
| Jury Trial | April 10, 2017 |

All dates set by the Court should be regarded as firm.  Counsel may not modify these dates by stipulation without leave of court.  Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance.  Sanctions may issue for a failure to follow a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  October 5, 2016

_____
JAMES DONATO
United States District Judge