UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: November 17, 2016             Judge: Hon. James Donato

Time: 8 Minutes

Case No.      **C-14-03985-JD**
Case Name    **Telesocial Inc. v. Orange S.A. et al**

Attorney(s) for Plaintiff(s):     Edward DeFranco/David E. Myre
Attorney(s) for Defendant(s):   Anthony D. Mirenda/Clement S. Roberts/Daniel Schimmel

Deputy Clerk: Lisa Clark

PROCEEDINGS

Telephonic Discovery Hearing re Dkt. Nos. 169 and 172 (Not Reported) - held

NOTES AND ORDERS

The Court and parties discussed Telesocial's discovery dispute letter, which seeks *in camera* review of seven Orange emails withheld under attorney-client/work product privilege. Dkt. No. 169. The request is denied at this time. By Monday, November 21, 2016, Orange will provide Telesocial a more thorough description of the emails and chain of communications to support the assertions of privilege. Telesocial may then submit a short letter to the Court renewing its request if there is still a factual basis and good faith belief that the information in the emails may not be privileged.