DURIE TANGRI LLP
  Daralyn J. Durie (SBN 169825)
  ddurie@durietangri.com
217 Leidesdorff Street
San Francisco, California, 94111
+1 (415) 362-6666
+1 (415) 236-6300 facsimile

*Attorneys for Orange, S.A.*

FOLEY HOAG LLP
  Daniel Schimmel (*pro hac vice*)
  dschimmel@foleyhoag.com
1540 Broadway, 23rd Floor
New York, New York, 10036
+1 (646) 927-5500
+1 (646) 927-5599 facsimile

  Anthony Mirenda (*pro hac vice*)
  amirenda@foleyhoag.com
Seaport West
155 Seaport Boulevard
Boston, MA 02210
+1 (617) 832-1220
+1 (617) 832-7000 facsimile

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TELESOCIAL INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>ORANGE S.A., *et al.,*<br><br>        Defendants. | Case No. 3:14-cv-03985-JD<br><br>**DECLARATION OF ANTHONY MIRENDA IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF GEORGE FOSTER**<br><br>Date:    February 16, 2017<br>Time:   10:00 a.m.<br>Ctrm:   11, 19th Floor<br>Judge:  Honorable James Donato<br>Trial:    April 10, 2017 |

DECLARATION OF ANTHONY MIRENDA / NO. 3:14-CV-03985-JD

I, Anthony Mirenda, declare and state as follows:

1. I am a partner at the law firm of Foley Hoag LLP and counsel for Defendants Orange S.A. ("Orange") and the individual defendants. I submit this declaration in support of the Orange Defendants' Motion to Exclude the Opinions and Testimony of George Foster.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of George Foster, Ph.D.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Rebuttal of Expert Report of Professor George Foster by Professor Richard Puntillo.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the certified transcript of the deposition of George Foster, Ph.D. (December 22, 2016).

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the certified transcript of the deposition of Eric Stone (October 12, 2016).

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the certified transcript of the deposition of Bill Waytena (October 20, 2016).

7. Attached hereto as **Exhibit 6** is a true and correct copy of an excerpt from "Valuation Multiples: A Primer," published by UBS Warburg, Global Equity Research (November 2001), available at http://www.rgquintero.com/media/91f679831d8e9521ffff80e8ffffe906.pdf.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a Telesocial business record, a document titled "Agreement between France Telecom – Orange Group & Telesocial for a Demonstration & a Proof of Concept," dated July 30, 2012, produced by Telesocial in this litigation at Bates numbers TS-OG00163190-202.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Orange Exhibit 106, a Telesocial business record that is an August 13, 2012 email from Ylva Rahm at Telesocial with an attachment titled "Trial Agreement for Telesocial Services."

10. Attached hereto at **Exhibit 9** is a true and correct copy of a Telesocial business record, a document titled "Unsolved issues in the Telesocial-DT CallFriends trial project," produced by Telesocial in this litigation at Bates numbers TS-OG00270705-708.

11. Attached hereto at **Exhibit 10** is a true and correct copy of a Telesocial business record, an April 14, 2012 email from Eric Stone, produced by Telesocial in this litigation at Bates numbers TS-OG00483955-956.

12. Attached hereto at **Exhibit 11** is a true and correct copy of a Telesocial business record, a May 31, 2012 email from Bill Waytena, produced by Telesocial in this litigation at Bates numbers TS-OG00482340-342.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Boston, Massachusetts on January 6, 2017.

By:  _/s/ Anthony Mirenda_____
Anthony Mirenda

FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Daralyn J. Durie, attest that concurrence in the filing of this document has been obtained.

_/s/ Daralyn J. Durie_____

Daralyn J. Durie