DURIE TANGRI LLP
  Daralyn J. Durie (SBN 169825)
  ddurie@durietangri.com
217 Leidesdorff Street
San Francisco, California, 94111
+1 (415) 362-6666
+1 (415) 236-6300 facsimile

*Attorneys for Orange, S.A.*

FOLEY HOAG LLP
  Daniel Schimmel (*pro hac vice*)
  dschimmel@foleyhoag.com
1540 Broadway, 23rd Floor
New York, New York, 10036
+1 (646) 927-5500
+1 (646) 927-5599 facsimile

  Anthony Mirenda (*pro hac vice*)
  amirenda@foleyhoag.com
Seaport West
155 Seaport Boulevard
Boston, MA 02210
+1 (617) 832-1220
+1 (617) 832-7000 facsimile

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TELESOCIAL INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ORANGE S.A., *et al.,*<br><br>    Defendants. | Case No. 3:14-cv-03985-JD<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF GEORGE FOSTER**<br><br>Date:   February 16, 2017<br>Time:  10:00 a.m.<br>Ctrm:  11, 19th Floor<br>Judge: Honorable James Donato<br>Trial:    April 10, 2017 |

[PROPOSED] ORDER ON DEFENDANTS' MOTION TO EXCLUDE FOSTER OPINIONS/
No. 3:14-cv-03985-JD

**[PROPOSED] ORDER**

Before the Court is the Defendants' Motion to Exclude Opinions and Testimony of George Foster. Based on the arguments presented in the motion, Plaintiff's opposition, and the supporting materials filed therewith, the Court finds that the opinions and testimony of Telesocial's expert George Foster are unreliable under Fed. R. Evid. 702 (as interpreted by *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993)) and therefore shall be excluded from this case in their entirety.

Accordingly, the Court GRANTS the Orange Defendants' motion.

IT IS SO ORDERED.

Dated: _____     _____
                                                                Honorable James Donato
                                                                United States District Court Judge