QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Edward J. DeFranco (Bar No. 165596)
  eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Todd M. Briggs (Bar No. 209282)
  toddbriggs@quinnemanuel.com
  David E. Myre (Bar No. 304600)
  davidmyre@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

SINGER / BEA LLP
  Benjamin L. Singer (Bar No. 264295)
  bsinger@singerbea.com
  Renee Bea (Bar No. 268807)
  rbea@singerbea.com
601 Montgomery Street, Suite 1950
San Francisco, California 94111
Telephone:     (415) 500-6080
Facsimile:     (415) 500-7080

Attorneys for Plaintiff
TELESOCIAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TELESOCIAL INC., <br><br> Plaintiff, <br><br> v. <br><br> ORANGE S.A., *et al.*, <br><br> Defendants. | Case No. 3:14-cv-03985-JD <br><br> **MOTION AND [PROPOSED] ORDER EXTENDING THE BRIEFING DEADLINES FOR ORANGE'S THREE DAUBERT MOTIONS AND SUMMARY JUDGMENT MOTION ON ALL CLAIMS IN THE CASE** <br><br> Ctrm:   11, 19th Floor <br> Judge:  Honorable James Donato |

Plaintiff Telesocial Inc. ("Telesocial") respectfully requests a one-week extension to oppose four motions refiled by Defendants Orange, S.A., et al. ("Orange"), one seeking summary judgment on all six of Telesocial's claims and three seeking to exclude all testimony from three of Telesocial's expert witnesses. The parties have met and conferred, and Orange opposes Telesocial's request for an extension. In support of this motion, Telesocial states as follows:

At the January 18, 2017 hearing regarding pre-trial motions, the Court ordered: "the pending summary judgment and *Daubert* motions are terminated without prejudice to being refiled by January 25, 2017.  Orange may submit no more than 250 pages of supporting materials for its motions and Telesocial may submit no more than 75 pages." D.E. 195.

In light of the Court's instructions, Telesocial elected not to refile its sole *Daubert* motion.  For its part, Orange refiled a summary judgment motion again addressing all of Telesocial's claims, and refiled three *Daubert* motions addressing the same Telesocial experts as before.  *See* D.E. 198(1-15), 200(1-7), 202(1-5), 204(1-4).  While Orange reduced the size of its supporting exhibits from 2,000 pages to approximately 230 pages, the relief Orange seeks is identical:

> (1) summary judgment on all six of Telesocial's claims, including claims for violation of the Computer Fraud and Abuse Act, violation of the California Comprehensive Computer Data Access and Fraud Act, breach of contract and the covenant of good faith and fair dealing, trade secret misappropriation and California Unfair Competition law, D.E. 198-15; and
>
> (2) the exclusion of all opinions offered by two Telesocial damages experts and one Telesocial technical expert. D.E. 200-7, 202-5, and 204-4.

Likewise, the scope of the briefing submitted by Orange is similar, and still includes 63 pages (as compared to 67 pages before) of detailed factual and legal argument.  *See* Exs. A–D (redlines comparing the tables of contents for Orange's motions).

Local Rule 7-3 provides for 14 days for Telesocial to respond to these four motions filed by Orange.  However, given that Orange did not change the relief it seeks, Telesocial still must respond to summary judgment arguments on all of its claims and address complex expert issues regarding the technical analyses of the parties' respective technology, and the appropriate measure of damages alleged by Telesocial.  In order to address the substantial scope of these factual and legal arguments, Telesocial respectfully submits that good cause for a one-week extension exists.

With the requested extension, there will still be slightly more time than provided under Local Rule 7-2 for a regularly-noticed motion between the filing of Orange's reply briefs and the hearing before this Court, scheduled for March 9, 2017 (15 days as compared to 14 days for a standard motion). For these reasons, Telesocial respectfully requests that this Court enter the following schedule:

| Event | Existing Schedule | Amended Schedule |
|---|---|---|
| File dispositive and *Daubert* motions filed | January 25, 2017 | N/A |
| Last day to oppose dispositive and *Daubert* motions | February 8, 2017 | February 15, 2017 |
| Last day to reply re dispositive and *Daubert* motions | February 15, 2017 | February 22, 2017 |
| Oral argument on dispositive and *Daubert* motions | March 9, 2017 | March 9, 2017 |
| Pretrial conference | March 23, 2017 | March 23, 2017 |
| Jury Trial | April 10, 2017 | April 10, 2017 |

Telesocial is available at the Court's convenience for a conference should the Court wish to discuss these matters.

Dated:  January 26, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:     */s/Todd Briggs*
    TODD M. BRIGGS

Attorneys for Plaintiff
Telesocial Inc.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: __January 31, 2017__



_____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE