1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Edward J. DeFranco (Bar No. 165596)
2    eddefranco@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
3  New York, New York 10010
   Telephone:   (212) 849-7000
4  Facsimile:   (212) 849-7100

5  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Kevin P.B. Johnson (Bar No. 177129)
6    kevinjohnson@quinnemanuel.com
     Todd M. Briggs (Bar No. 209282)
7    toddbriggs@quinnemanuel.com
     David E. Myre (Bar No. 304600)
8    davidmyre@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065-2139
   Telephone:   (650) 801-5000
10 Facsimile:   (650) 801-5100

11 SINGER / BEA LLP
     Benjamin L. Singer (Bar No. 264295)
12   bsinger@singerbea.com
     Renee Bea (Bar No. 268807)
13   rbea@singerbea.com
   601 Montgomery Street, Suite 1950
14 San Francisco, California 94111
   Telephone:   (415) 500-6080
15 Facsimile:   (415) 500-6080

16 Attorneys for Plaintiff
   TELESOCIAL, INC.

17                    UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

| | |
|---|---|
| TELESOCIAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ORANGE S.A., et al., <br><br> Defendants. | CASE NO. 3:14-CV-03985-JD <br><br> **DECLARATION OF GEORGE FOSTER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE OPINIONS AND TESTIMONY FROM GEORGE FOSTER** <br><br> Date:  February 16, 2017 <br> Time:  10:00 am <br> Ctrm:  11, 19th Floor <br> Judge:  Hon. James Donato <br> Trial:  April 10, 2017 |

I, George Foster, Ph.D., declare as follows:

1. I am over 18 years of age, and not a party to the above-captioned litigation. This declaration is based on my personal knowledge following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of George Foster, Ph.D. (my "Report"), including all Appendices and Exhibits thereto, totaling 91 pages. The views and conclusions expressed in this Report continue to accurately represent my expert opinion as of the date of this declaration.

3. I was deposed by Orange on December 22, 2016 in San Francisco, California. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the certified transcript of my deposition (my "Deposition").

4. As is explained in my Report (¶¶69-75), and as was also discussed during my Deposition (*see* 113:3-13), it is widely understood in my field of expertise that differentiation among early-stage companies is to be expected because venture capitalists and entrepreneurs seeking venture capital attempt to create new industries or product categories rather than build "look-alike" companies in existing industries. My valuation approach adopts a common method for conducting comparable analyses in such circumstances, by sampling within a common industry vertical. The following are some examples of industry publications that corroborate the general acceptance of this approach:

   a. Attached hereto as **Exhibit 3** are true and correct excerpts from a 2004 *International Small Business Journal* article by Colin Mason and Matthew Stark, entitled "What do Investors Look for in a Business Plan? A Comparison of the Investment Criteria of Bankers, Venture Capitalists and Business Angels," accessed on January 18, 2017. This article is publicly available at http://journals.sagepub.com/doi/pdf/10.1177/0266242604042377.

   b. Attached hereto as **Exhibit 4** are true and correct excerpts from a May 2008 *Entrepreneurship Theory and Practice* article by Nikolaus Franke, et al.,

        entitled "Venture Capitalists' Evaluations of Start-Up Teams: Trade-Offs, Knock-Out Criteria, and the Impact of VC Experience," accessed on January 18, 2017. This article is publicly available at http://onlinelibrary.wiley.com/doi/10.1111/j.1540-6520.2008.00236.x/epdf.

5. Valuation literature acknowledges that no two companies are identical, and that valuation based on comparable companies requires an examination of companies that are approximately similar. For example, attached hereto as **Exhibit 5** is a true and correct copy of an excerpt from the 2013 textbook *Business Analysis & Valuation: Using Financial Statements* by Krishna G. Palepu and Paul M. Healy.

6. In September 2016, the National Venture Capital Association (the "NVCA"), the flagship trade association for venture capital firms, partnered with and fully endorsed PitchBook as its official data provider. *See* NVCA webpage entitled "PitchBook-NVCA Partnership," publicly available at http://nvca.org/research/pitchbook-nvca-partnership/, and the NVCA Press Release entitled "PitchBook Named the Official Data Provider of NVCA," publicly available at http://nvca.org/pressreleases/pitchbook-named-official-data-provider-nvca/, which websites were last accessed by me on January 17, 2017.

7. The NVCA webpage identifies 303 venture capital firms that are currently members of the NVCA. This webpage is publicly available at http://nvca.org/about-nvca/members/, and was last accessed by me on January 17, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Palo Alto, California on February 14, 2017.

By: *George Foster*
George Foster, Ph.D.