# EXHIBIT 1
# Foster Declaration

[FILED UNDER SEAL]