# EXHIBIT 2
# Foster Declaration

## [FILED UNDER SEAL]