# EXHIBIT 5
# Foster Declaration

# BUSINESS ANALYSIS & VALUATION

**5e**

## USING FINANCIAL STATEMENTS



**PALEPU • HEALY**



**SOUTH-WESTERN CENGAGE Learning**

**Business Analysis & Valuation: Using Financial Statements, 5th edition**
Krishna G. Palepu and Paul M. Healy

Senior Vice President, LRS/Acquisitions & Solutions Planning: Jack W. Calhoun

Editor-in-Chief: Rob Dewey

Senior Acquisitions Editor: Matt Filimonov

Senior Developmental Editor: Craig Avery

Editorial Assistant: A. J. Smiley

Senior Market Development Manager: Natalie Livingston

Senior Brand Manager: Kristen Hurd

Marketing Manager: Heather Mooney

Marketing Communications Manager: Sarah Greber

Marketing Coordinator: Eileen Corcoran

Senior Art Director: Stacy Shirley

Production Management, Internal Design, and Composition: PreMediaGlobal

Media Editor: Bryan England

Rights Acquisition Director: Audrey Pettengill

Rights Acquisition Specialist, Text and Image: Audrey Pettengill

Senior Manufacturing Planner: Doug Wilke

Cover Designer: Red Hangar Design

Cover Image(s): ©iStock Photo/franckreporter

© 2013, 2008 South-Western, Cengage Learning.

ALL RIGHTS RESERVED. No part of this work covered by the copyright herein may be reproduced, transmitted, stored, or used in any form or by any means graphic, electronic, or mechanical, including but not limited to photocopying, recording, scanning, digitizing, taping, web distribution, information networks, or information storage and retrieval systems, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without the prior written permission of the publisher.

For product information and technology assistance, contact us at
**Cengage Learning Customer & Sales Support, 1-800-354-9706**

For permission to use material from this text or product, submit all requests online at **www.cengage.com/permissions**.
Further permissions questions can be emailed to
**permissionrequest@cengage.com**

Library of Congress Control Number: 2012948788

Student Edition ISBN 13: 978-1-111-97230-1

Student Edition ISBN 10: 1-111-97230-3

Student Edition with CD ISBN 13: 978-1-285-42618-1

Student Edition with CD ISBN 10: 1-285-42618-5

**South-Western**
5191 Natorp Boulevard
Mason, OH 45040
USA

Cengage Learning is a leading provider of customized learning solutions with office locations around the globe, including Singapore, the United Kingdom, Australia, Mexico, Brazil, and Japan. Locate your local office at: **www.cengage.com/global**

Cengage Learning products are represented in Canada by Nelson Education, Ltd.

For your course and learning solutions, visit **www.cengage.com**

Purchase any of our products at your local college store or at our preferred online store **www.cengagebrain.com**.

Printed in the United States of America
1 2 3 4 5 6 7 16 15 14 13 12

equity-financed. Chapter 8 discusses valuation implementation challenges, including valuing firms that are financially leveraged.

## VALUATION USING PRICE MULTIPLES

Valuations based on price multiples are widely used by analysts. The primary reason for their popularity is their simplicity. The approach typically involves the following steps:

Step 1: Select a measure of performance or value (e.g., earnings, sales, cash flows, book equity, book assets) as the basis for the multiple. The two most commonly used performance measures are earnings and book equity.

Step 2: For firms that are comparable to the firm analyzed, deflate their stock prices by their selected performance measure to generate multiples, such as price-earnings multiples or the price-to-book multiples.

Step 3: Apply the average multiple for the comparable firms to the performance or value measure of the firm being analyzed.

Under this approach, the analyst relies on the market to undertake the difficult task of considering the short- and long-term prospects for growth and profitability and their implications for the values of the comparable firms. Then the analyst *assumes* that the pricing of the comparable firms is applicable to the firm at hand.

### Key Issues with Multiples-Based Valuation

On the surface, using multiples seems straightforward. Unfortunately, in practice it is not as simple as it would appear. Identification of "comparable" firms is often quite difficult. There are also some choices to be made concerning how multiples will be calculated. Finally, explaining why multiples vary across firms, and how applicable another firm's multiple is to the one at hand, requires a sound understanding of the determinants of each multiple.

#### Selecting Comparable Firms

Ideally, price multiples used in a comparable firm analysis are those for firms with similar operating and financial characteristics. Firms within the same industry are the most obvious candidates. But even within narrowly defined industries, it is often difficult to identify comparable firms. Many firms are in multiple industries, making it difficult to identify representative benchmarks. In addition, firms within the same industry frequently have different strategies, growth opportunities, and profitability, creating comparability problems.

One way of dealing with these issues is to average across *all* firms in the industry. The analyst implicitly hopes that the various sources of non-comparability cancel each other out, so that the firm being valued is comparable to a "typical" industry member. Another approach is to focus on only those firms within the industry that are most similar.

For example, consider using multiples to value TJX. Business databases such as OneSource and Hoover's classify TJX as belonging to sectors such as retail apparel, department stores, and family clothing stores. As we discussed in Chapter 2, given its broad demographic customer base, its competitors include Neiman Marcus, Saks Fifth Avenue, and Nordstrom on the high end, Sears, Dillards, Macy's, and J.C. Penney in the mid-market, and Wal-Mart and Target at the discount level. The average price-earnings ratio for TJX's publicly listed competitors in 2010 was 23.7 and the average price-to-book ratio was 2.1. However, it is unclear whether these multiples are useful benchmarks for valuing TJX. TJX attracts a broader demographic than the full-line stores of its more narrowly focused high-end competitors, offers a more targeted value proposition (high-end merchandise at discount prices) than mid-market players such as Sears and

J.C. Penney, and presents a more specific product offering (apparel and home goods) than its discount competitors Wal-Mart and Target. In addition, it competes against specialized apparel and home goods retailers both online and off.

#### Multiples for Firms with Poor Performance

Price multiples can be affected when the denominator variable is temporarily performing poorly. This is especially common when the denominator is a flow measure, such as earnings or cash flows. For example, Sears Holding Corp., one of TJX's mid-market competitors, was barely profitable in the fiscal years ended January 2009, 2010, and 2011. Its 2010 price-earnings ratio of 63.9, which was well above the industry average, indicated that investors expected the company to experience a performance turnaround. Consequently, including Sears as one of the benchmark firms in computing an industry price-earnings multiple for TJX would probably be misleading.

Analysts have numerous options for handling the problems for multiples created by transitory shocks to the denominator. One option is to simply exclude firms with large transitory effects from the set of comparable firms. If Sears Holding Corp. were excluded from TJX's peer group, the average price-earnings ratio for the industry grouping used declines from 23.7 to 17.9, which is much closer to the industry median ratio of 15.0. The magnitude of this effect illustrates how sensitive price-earnings multiples can be to transitory shocks. If transitory poor performance is due to a one-time write-down or special item, analysts can simply exclude the effect from their computation of the comparable multiple. Finally, analysts can reduce the effect of temporary problems in past performance on multiples by using a denominator that is a forecast of future performance rather than the past measure itself. Multiples based on forecasts are termed *leading* multiples, whereas those based on historical data are called *trailing* multiples. Leading multiples are less likely to include one-time gains and losses in the denominator, simply because such items are difficult to anticipate.

#### Adjusting Multiples for Leverage

Price multiples should be calculated in a way that preserves consistency between the numerator and denominator. Consistency is an issue for those ratios where the denominator reflects performance *before* servicing debt. Examples include the price-to-sales multiple and any multiple of operating earnings or operating cash flows. When calculating these multiples, the numerator should include not just the market value of equity but the value of debt as well.

## THE DISCOUNTED DIVIDEND VALUATION METHOD

Finance theory holds that the value of any financial claim is the present value of the cash payoffs that its claimholders receive. Since shareholders receive cash payoffs from a company in the form of dividends, the value of their equity is the present value of future dividends (including any liquidating dividend).

$$\text{Equity value} = \text{PV(Expected future dividends)}$$

The present value concept is used to make it possible to sum up future dividends received in different time periods. A dollar of dividends received today is worth more than a dollar received in the future because the dollar received today can be reinvested, enabling the investor to receive the reinvested dollar plus a return on that investment in the future. For example, suppose a dollar received today can be invested to earn an annual return of 10 percent. After one year, the original dollar is worth $1.10 ($1 + $1 ∗ 10%), and after two years it is worth $1.21 ($1.10 + $1.10 ∗ 10%). This process of converting dollars today into future dollars is called compounding.