```
 1  KEKER & VAN NEST LLP
    MICHAEL D. CELIO - # 197998
 2  mcelio@kvn.com
    ASHOK RAMANI - # 200020
 3  aramani@kvn.com

 4  633 Battery Street
    San Francisco, CA 94111-1809
 5  Telephone:     415 391 5400
    Facsimile:     415 397 7188
 6
    Attorneys for Non-Party Facebook, Inc.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TELESOCIAL INC., <br><br>Plaintiff, <br><br>v. <br><br>ORANGE S.A., et al., <br><br>Defendants. | Case No. 3:14-cv-03985-JD <br><br>**DECLARATION OF NIKKI STITT SOKOL IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br>Judge:    Hon. James Donato <br><br>Date Filed: September 9, 2014 |

I, Nikki Stitt Sokol, declare as follows:

1. I am an attorney employed by Facebook, Inc., where I serve as Associate General Counsel. I submit this Declaration in support of Plaintiff's Administrative Motion to Seal Portions of Telesocial's and Orange's Summary Judgment and Daubert Briefings (ECF 226).

2. I have personal knowledge about the facts set forth herein, and if called upon to testify as a witness thereto, I could do so competently under oath.

3. Facebook is a third party in this action and has at all times sought to protect the confidentiality of its information. I am familiar with Facebook's confidentiality policies and practices.

4. I have reviewed Exhibit 3, 4, and 19 to the Declaration of Todd Briggs in support of Telesocial's Opposition (the "Exhibits"). Exhibit 4 is an excerpt of the transcript of the Deposition of Adam Wolf, an employee of Facebook. Exhibits 3 and 19 are internal emails between Facebook employees regarding a confidential Facebook project. These documents were produced in response to a subpoena in this action; but for that subpoena this information would never have been disclosed.

5. The Exhibits contain sensitive information regarding Facebook, Inc.'s internal projects and business strategy. The documents and testimony represent information that Facebook keeps completely confidential. Public disclosure of this information could provide a competitive advantage to its competitors and could have negative effects on Facebook's business. Accordingly, the Exhibits should be sealed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on March 3, 2017 in Menlo Park, California.

_____
NIKKI STITT SOKOL