Clear Form

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 02/2015) | TRANSCRIPT ORDER<br>Please use one form per court reporter.<br>*CJA counsel please use Form CJA24*<br>*Please read instructions on next page.* | COURT USE ONLY<br>DUE DATE: |
|---|---|---|
| **1a. CONTACT PERSON FOR THIS ORDER**<br>Lorena Alfaro | **2a. CONTACT PHONE NUMBER**<br>(415) 875-6347 | **3. CONTACT EMAIL ADDRESS**<br>lorenaalfaro@quinnemanuel.com |
| **1b. ATTORNEY NAME (if different)**<br>Amy H. Candido | **2b. ATTORNEY PHONE NUMBER**<br>(415) 875-6600 | **3. ATTORNEY EMAIL ADDRESS**<br>amycandido@quinnemanuel.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Quinn Emanuel Urquhart & Sullivan
50 California Street, 22nd Floor
San Francisco, CA 94111

**5. CASE NAME:** Telesocial Inc. v. Orange S. A., et al.

**6. CASE NUMBER:** 14-cv-03985

**7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR**
Rhonda Aquilina

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL     ☐ CRIMINAL     ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL ☑ CIVIL        CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) *(NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)*
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/09/2017 | JD | Hearing | | ● | ● | ○ | ● | ○ | ○ | ○ | ○ | ○ | ⬤ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE**   /s/ Amy H. Candido

**12. DATE**   03/09/2017

DISTRIBUTION:   ☐ COURT COPY   ☐ TRANSCRIPTION COPY   ☐ ORDER RECEIPT   ☐ ORDER COPY