QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Todd M. Briggs (Bar No. 209282)
  toddbriggs@quinnemanuel.com
  David E. Myre (Bar No. 304600)
  davidmyre@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Edward J. DeFranco (Bar No. 165596)
  eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

SINGER / BEA LLP
  Benjamin L. Singer (Bar No. 264295)
  bsinger@singerbea.com
  Renee Bea (Bar No. 268807)
  rbea@singerbea.com
601 Montgomery Street, Suite 1950
San Francisco, California 94111
Telephone: (415) 500-6080
Facsimile: (415) 500-7080

*Attorneys for Plaintiff*
TELESOCIAL, INC.

DURIE TANGRI LLP
  Daralyn J. Durie (SBN 169825)
  ddurie@durietangri.com
217 Leidesdorff Street
San Francisco, California, 94111
+1 (415) 362-6666
+1 (415) 236-6300 facsimile

*Attorneys for Defendant* ORANGE, S.A.

FOLEY HOAG LLP
  Daniel Schimmel (*pro hac vice*)
  dschimmel@foleyhoag.com
  Anthony Mirenda (*pro hac vice*)
  amirenda@foleyhoag.com
1540 Broadway, 23rd Floor
New York, New York, 10036
+1 (646) 927-5500
+1 (646) 927-5599 facsimile

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TELESOCIAL, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>ORANGE S.A., et al.,<br><br>        Defendants. | Case No. 3:14-cv-03985-JD<br><br>**JOINT NOTICE OF NON-OBJECTION TO SETTLEMENT CONFERENCE WITH JUDGE TIGAR**<br><br>Ctrm:   11, 19th Floor<br>Judge:  Honorable James Donato<br><br>Action Filed:  Sept. 2, 2014<br>FAC Filed:     Dec. 15, 2014<br>Trial Date:    April 10, 2017 |

Pursuant to the Court's instructions at the hearing on March 9, 2017 (Dkt. 253), the parties jointly notify the Court that they have no objection to a settlement conference with Judge Tigar, and will work with Judge Tigar's clerk to scheduling a mutually-agreeable date and time for this conference.

Respectfully submitted,

| TELESOCIAL, INC. | ORANGE, S.A., et al. |
|---|---|
| By its attorneys, | By their attorneys, |
| */s/ Todd M. Briggs* | */s/ Anthony D. Mirenda* |
| Todd M. Briggs | Anthony D. Mirenda |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | FOLEY HOAG LLP |
| Dated: March 13, 2017 | Dated: March 13, 2017 |