1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Kevin P.B. Johnson (Bar No. 177129)
2    kevinjohnson@quinnemanuel.com
     Todd M. Briggs (Bar No. 209282)
3    toddbriggs@quinnemanuel.com
     David E. Myre (Bar No. 304600)
4    davidmyre@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
5  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
6  Facsimile:    (650) 801-5100

7  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Edward J. DeFranco (Bar No. 165596)
8    eddefranco@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
9  New York, New York 10010
   Telephone:    (212) 849-7000
10 Facsimile:    (212) 849-7100

11 SINGER / BEA LLP
     Benjamin L. Singer (Bar No. 264295)
12   bsinger@singerbea.com
     Renee Bea (Bar No. 268807)
13   rbea@singerbea.com
   601 Montgomery Street, Suite 1950
14 San Francisco, California 94111
   Telephone:    (415) 500-6080
15 Facsimile:    (415) 500-7080

16 Attorneys for Plaintiff
   TELESOCIAL, INC.
17

18
                    UNITED STATES DISTRICT COURT
19
                   NORTHERN DISTRICT OF CALIFORNIA
20

21 TELESOCIAL, INC.,

                    Plaintiff,                  CASE NO. 3:14-CV-03985-JD
22
         vs.                                    **DECLARATION OF TODD BRIGGS IN
23                                              SUPPORT OF TELESOCIAL'S
   ORANGE S.A., et al.,                         SUPPLEMENTAL BRIEFING ON
24                                              ORANGE'S MOTION TO EXCLUDE
                                                THE OPINIONS AND TESTIMONY OF
25                  Defendants.                 PROFESSOR GEORGE FOSTER**
                                                Judge:    Hon. James Donato
                                                Crtrm.:   11, 19th Floor
26                                              Action Filed:   Sept. 2, 2014
                                                FAC Filed:      Dec. 15, 2014
27                                              Trial Date:     April 10, 2017

28

I, Todd M. Briggs, declare and state as follows.

1. I am an attorney duly licensed to practice law in the State of California. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Telesocial, Inc. ("Telesocial") in this action. I submit this declaration in support of Telesocial's Supplemental Briefing on Orange's Motion to Exclude the Opinions and Testimony of Professor George Foster.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition of Ylva Rham, taken on September 30, 2016 by Defendants in this action.

3. Attached hereto as Exhibit B is a true and correct copy of the California Court of Appeal's decision in *Vehicular Techs. Corp. v. Titan Wheel Intern., Inc.*, 2005 WL 1460296 (June 22, 2005), downloaded from Westlaw Next on March 13, 2017.

4. Attached hereto as Exhibit C is a true and correct copy of an excerpt from the March 9, 2017 hearing before the Court regarding Orange's Motion for Summary Judgment and Daubert Motions.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 13, 2017

Redwood City, California

By: */s/Todd M. Briggs*
Todd M. Briggs