# EXHIBIT A

CONFIDENTIAL

```
 1
 2                  UNITED STATES DISTRICT COURT
 3                 NORTHERN DISTRICT OF CALIFORNIA
 4                     SAN FRANCISCO DIVISION
 5                                    Case No. 3:14-CV-03985-JD
 6   TELESOCIAL INC.,
 7                     Plaintiff,
 8                     v.
 9   ORANGE S.A., a French corporation,
     ANNE BENRIKHI, an individual,
10   DIMITRI DELMAS, an individual,
     OLIVIER GODINIAUX, an individual,
11   GUILLAUME GUIMOND, an individual,
     FABRICE PETESCH, an individual,
12   JACQUES VIEL, an individual,
     BARBARA BOBILLIER, an individual,
13   BENOIT AMET, an individual,
     THOMAS LESENECHAL, an individual,
14   FLORIAN DE SA, an individual,
     ANTOINE DECOUTTEUX,
15   and SYLVAIN JAUDRY, an individual,
16                     Defendants.
17   --------------------------------------
18              C O N F I D E N T I A L
19           Videotaped Deposition of YLVA RAHM
20         On 30th of September, 2016 at 9:33 a.m.
21                 Held at the offices of:
22           Quinn Emanuel Urquhart & Sullivan LLP
23            6 Rue Lamennais, 75008 Paris, France
24
25   Taken by AILSA WILLIAMS, Certified Court Reporter

                                                      Page 1
```

| | | |
|---|---|---|
| 1 | everybody, but we didn't get to anywhere with | 17:07 |
| 2 | anybody until we had to stop working, for what | 17:07 |
| 3 | happened, and so that is my take on what happened | 17:07 |
| 4 | to the company.  It was ruined by what happened. | 17:07 |
| 5 |     Q.  What prevented Telesocial from doing | 17:07 |
| 6 | a deal with US operators? | 17:07 |
| 7 |     MR. MYRE:  Object to form. | 17:07 |
| 8 |     Q.  Give me all the reasons? | 17:07 |
| 9 |     A.  As I said, I don't think anything | 17:07 |
| 10 | prevented us from doing anything, other than the | 17:07 |
| 11 | fact that we had somebody copy our idea and launch | 17:07 |
| 12 | it as their own, which made that idea already on | 17:07 |
| 13 | the market, although it wasn't, but we couldn't | 17:07 |
| 14 | sell it anymore, so we had no more business and | 17:07 |
| 15 | that is why we didn't sell it to anybody.  It was | 17:07 |
| 16 | a great product. | 17:08 |
| 17 |     Q.  If it was a great product, why | 17:08 |
| 18 | didn't anyone buy it? | 17:08 |
| 19 |     MR. MYRE:  Object to form. | 17:08 |
| 20 |     A.  That is what I said.  We had lots of | 17:08 |
| 21 | interest, we had genuine interest.  To talk for | 17:08 |
| 22 | a month with a mobile operator means that there is | 17:08 |
| 23 | genuine interest.  Otherwise nobody would take | 17:08 |
| 24 | their time and have several resources work -- | 17:08 |
| 25 | I worked for mobile operators, so I know exactly | 17:08 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | the way they are structured and how they work and | 17:08 |
| 2 | what they decide to do.  So if they would put | 17:08 |
| 3 | several resources to work on a project, whether it | 17:08 |
| 4 | is preparing for a trial or looking into | 17:08 |
| 5 | a potential partner or a possible project, it will | 17:08 |
| 6 | mean that they are seriously interested in it. | 17:08 |
| 7 | And if somebody does that for several months, it | 17:08 |
| 8 | confirms that they are very, very interested.  So | 17:08 |
| 9 | I don't think that we did not make any deals | 17:08 |
| 10 | because we had a bad product.  Quite the opposite. | 17:08 |
| 11 | If somebody wants to copy our technology, it means | 17:09 |
| 12 | that probably they have seen the value in it.  So | 17:09 |
| 13 | I think that is one clear proof that we had found | 17:09 |
| 14 | something that was unique, a gap in the market. | 17:09 |
| 15 |         Q.  So if the idea was so great, what | 17:09 |
| 16 | prevented you from making a lot of money from that | 17:09 |
| 17 | idea? | 17:09 |
| 18 |         MR. MYRE:  Object to form. | 17:09 |
| 19 |         A.  I think, as I said, what prevented | 17:09 |
| 20 | us was really the fact that somebody stole our | 17:09 |
| 21 | idea and launched it as their own.  So we had no | 17:09 |
| 22 | possibility of selling it anymore, marketing it | 17:09 |
| 23 | anymore. | 17:09 |
| 24 |         Q.  Is your answer complete? | 17:09 |
| 25 |         A.  Yes. | 17:09 |

Veritext Legal Solutions
866 299-5127