UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: March 24, 2017                                              Judge: Hon. James Donato

Time: 1 hour and 28 minutes

Case No.       **C-14-03985-JD**
Case Name      **Telesocial Inc. v. Orange S.A., et al.**

Attorneys for Plaintiff:    Todd Briggs/David E. Myre/Renee Bea/Ben Singer/Amy Candido/Maissa Chouraki
Attorneys for Defendants:   Anthony D. Mirenda/Daralyn J. Durie/Daniel Schimmel/ Eugene Novikov

Deputy Clerk: Lisa R. Clark                                       Court Reporter: Lydia Zinn

PROCEEDINGS

Pretrial Conference - held
Motions in Limine (Dkt. Nos. 236, 237, 239, 241, 243, 245, 268) - held
Motion to Exclude Expert Opinion (Dkt. No. 200) - held

NOTES AND ORDERS

The Court hears argument on the parties' motions in limine, the disputed jury instructions and Orange's motion to exclude the expert opinion of George Foster. Details and trial logistics are provided in a final pretrial order.