DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
JAMES S. TSUEI (SBN 285530)
jtsuei@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:	415-362-6666
Facsimile:	415-236-6300

FOLEY HOAG LLP
DANIEL SCHIMMEL (*pro hac vice*)
dschimmel@foleyhoag.com
1540 Broadway, 23rd Floor
New York, NY 10036
Telephone:	646-927-5500
Facsimile:	646-927-5599

ANTHONY MIRENDA (*pro hac vice*)
amirenda@foleyhoag.com
155 Seaport Blvd.
Boston, MA 02210
Telephone:	617-832-1220
Facsimile:	617-832-7000

Attorneys for Defendant
ORANGE S.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TELESOCIAL INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ORANGE S.A., *et al.*,<br><br>　　　　Defendants. | Case No. 3:14-cv-03985-JD<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE EXCERPTS OF ITS OPPOSITION TO PLAINTIFF'S MOTION FOR A CONTINUANCE OF THE TRIAL DATE UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5**<br><br>Ctrm:　11, 19th Floor<br>Judge:　Honorable James Donato<br>Trial:　April 10, 2017 |

Defendants Orange, S.A. and the individual defendants (collectively, the "Orange Defendants") respectfully submit this Administrative Motion for leave to file under seal portions of their Opposition to Plaintiff's Motion for a Continuance of the Trial Date under seal pursuant to Civil L.R. 7-11 and 79-5.

## I. MATERIALS DESIGNATED BY TELESOCIAL

In keeping with the Protective Order entered in this litigation, the Orange Defendants hereby request an order granting leave to file under seal portions of the following documents, which contain information designated as "CONFIDENTIAL" of "HIGHLY CONFIDENTIAL" or "ATTORNEY'S EYES ONLY" by Telesocial. The Orange Defendants take no position as to the confidentiality of these documents and seek sealing solely to remain in compliance with the Protective Order. To that end, if this material is subject to protection, the Orange Defendants expects this motion to seal will be supported by a declaration from Telesocial as required by Civil Local Rule 79-5. Pursuant to Local Rule 79, Telesocial bears the burden of submitting declarations, based on personal knowledge, which demonstrate "compelling reasons" for why those materials should remain sealed.

| Document | Portions to be filed under seal |
|---|---|
| Defendants' Opposition to Plaintiff's Motion for a Continuance of the Trial Date | Highlighted portions. |

Although the Orange Defendants do not take a position on whether it is critical to seal the designated information from the public record, especially in light of the "'compelling reasons'" test set forth by the Ninth Circuit in *Kamakona v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), the Orange Defendants have filed the instant motion so as to comply with the Protective Order. Dkt. No. 71.

## II. CONCLUSION

For the foregoing reasons, the Orange Defendants respectfully request that the Court grant their Administrative Motion to File Under Seal.

Dated: March 29, 2017              DURIE TANGRI LLP

                                   By:      */s/ Daralyn J. Durie*
                                            DARALYN J. DURIE

                                   Attorneys for Defendant
                                   ORANGE S.A.

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on March 29, 2017 with a copy of this document via the Court's CM/ECF system.

*/s/ Daralyn J. Durie*
DARALYN J. DURIE
