QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
   Todd M. Briggs (Bar No. 209282)
   toddbriggs@quinnemanuel.com
   David E. Myre (Bar No. 304600)
   davidmyre@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:    (650) 801-5100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Edward J. DeFranco (Bar No. 165596)
   eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:   (212) 849-7000
Facsimile:    (212) 849-7100

SINGER / BEA LLP
   Benjamin L. Singer (Bar No. 264295)
   bsinger@singerbea.com
   Renee Bea (Bar No. 268807)
   rbea@singerbea.com
601 Montgomery Street, Suite 1950
San Francisco, California 94111
Telephone:    (415) 500-6080
Facsimile:    (415) 500-7080

Attorneys for Plaintiff
TELESOCIAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TELESOCIAL, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ORANGE S.A., et al.,<br><br>Defendants. | CASE NO. 3:14-CV-03985-JD<br><br>**JOINT REQUEST AND ORDER REGARDING COURTROOM EQUIPMENT**<br><br>**Date: July 5, 2017**<br>**Time: 9:30 AM**<br>**Ctrm: 11, 19th Floor**<br>**Judge: Hon. James Donato** |

Plaintiff Telesocial, Inc. and Defendant Orange S.A., et al. ("Parties") hereby respectfully request permission to bring the equipment listed below into Courtroom 11 on July 5, 2017 (or another date prior to trial that is acceptable to the Court), and use the equipment for the duration of trial beginning on July 10, 2017.

1. 2 tables
2. 2 LCD monitors
3. Speakers
4. 2 video switches
5. 2 video splitters
6. 2 printers
7. Wires and cables

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: June 30, 2017 | Respectfully submitted, |
| 3 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By  */s/ Todd M. Briggs*
   Todd Briggs

   Attorney for Plaintiff Telesocial, Inc.

Respectfully submitted,


By  */s/*


   Attorney for Defendant Orange S.A., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TELESOCIAL, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ORANGE S.A., et al.,<br><br>Defendants. | CASE NO. 3:14-CV-03985-JD<br><br>**ORDER REGARDING COURTROOM EQUIPMENT**<br><br>**Date: July 5, 2017**<br>**Time: 9:30 AM**<br>**Ctrm: 11, 19th Floor**<br>**Judge: Hon. James Donato** |

Plaintiff Telesocial, Inc. and Defendant Orange S.A., et al. ("Parties") have filed a Request Regarding Courtroom Equipment ("Request").

Having considered the Request, the Court GRANTS Parties Request.

IT IS SO ORDERED.

Dated: June 30, 2017

_____
HON. JAMES DONATO
United States District Court Judge