UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL MINUTE ORDER**

Case No.: 14-cv-03985-JD                              Case Name: Telesocial Inc. v. Orange S.A. et al.

Date: July 12, 2017                                          Time: 4 Hours & 58 Minutes

**The Honorable James Donato**

**Clerk**: Lisa R. Clark                                         **Court Reporter**: Belle Ball

**COUNSEL FOR PLTF**:                                **COUNSEL FOR DEFT**:

Kevin Johnson/Ed DeFranco/Todd Briggs/          Daralyn J. Durie/Anthony D. Mirenda/Daniel
Amy Candido/Deepa Acharya/David Myre          Schimmel/Eugene Novikov/Rebecca Gerome

Trial Began: 7/10/17                                         Further Trial: 7/13/17

**TRIAL MOTIONS HEARD**:                        **DISPOSITION:**

1.

2.

3.

**OTHER:**

See attached Trial Log

**VERDICT:**

**DISPOSITION OF EXHIBITS:**