UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: C-14-3985-JD
Case Name: Telesocial Inc. v. Orange S.A. et al

## EXHIBIT and WITNESS LIST

| JUDGE: Hon. James Donato | PLAINTIFF ATTORNEY: Kevin Johnson/Ed DeFranco/Todd Briggs/Amy Candido/Deepa Acharya/David Myre | DEFENSE ATTORNEY: Daralyn J. Durie/Anthony D. Mirenda/Daniel Schimmel/Eugene Novikov/Rebecca Gerome |
|---|---|---|
| JURY TRIAL DATE: July 12, 2017 | REPORTER(S): Belle Ball | CLERK: Lisa R Clark |
| INTERPRETERS: Julie Johnson/Muriel Gullaume-Angle | | |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:28 am | | | Court in session; all parties present outside the presence of the jury. | |
| | | 9:38 am | | | Court in session; all parties and jury present. Continued cross-examination of Bill Waytena. | |
| | 715 | | X | X | Amet email to Waytena re: re: Workshop TS-Orange, 12th June/Questions with attachment | LRC |
| | 753 | | X | X | Amet email to Waytena re: Any update? | LRC |
| | 758 | | X | X | Amet email to Waytena re: TS workshop Questions with attachment | LRC |
| | | | | | Witness shown exhibit 753 | |
| | 586 | | X | X | Email from Waytena to Amet-Subject: Re: Our today's call; our document | LRC |
| | 978 | | X | X | Waytena email to Ivan lttalli re: Telefonica and Telesocial ; Party calls for social networks users | LRC |
| | 819 | | X | X | Amet email to Le Drogo re: TS-Orange Terms Sheet Agreement (draft) | LRC |
| | IMP 38 | | X | X | Impeachment document | LRC |
| | 929 | | X | X | Waytena email to Grohol re: Telesocial PoC draft agreement with attachments | LRC |
| | 212 | | X | X | Amet email to Le Drogo Ferrari Re: TR my number | LRC |
| | IMP4 | | X | | Impeachment document | |
| | 822 | | X | X | Niehaus email to Waytena re: trial funding | LRC |
| | 1145 | | X | | Amet email to Waytena re my redlines | |
| | 1146 | | X | X | Waytena email to Amet re: Counter Offer | LRC |
| | 839 | | X | X | Waytena email to Stone re: FTdeal, figures | LRC |
| | 840 | | X | X | Waytena email to Rahmre Chirag confirms call | LRC |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | 876 | | X | X | Amet email to Le Drogo re: TS Agreement/Offer | LRC |
| | 850 | | X | X | Richman email and attachment to Kovacevich re: need for Terms of Use for CallFriends | LRC |
| | 875 | | X | X | Richman email to Waytena re: FAQ Callfriends ToS with attachment | LRC |
| | IMP12 | | X | X | Impeachment document | LRC |
| | 915 | | X | X | Waytena email to Tucker re: TS phone update | LRC |
| | 618 | | X | X | Stone email to Waytena re: Bis Dev. Argument | LRC |
| | | 10:42 am | | | Re-direct of Bill Waytena | |
| | | | | | Witness shown exhibits 618, 850 | |
| 587 | | | X | X | Email from Bill Waytena to Amet-Subject: my redlines...(and attachment) | LRC |
| | | | | | Witness shown exhibits 1145, 545 | |
| IMP4 | | | X | X | Impeachment document | LRC |
| | | | | | Witness shown exhibits 519, 1135, IMP 9 | |
| IMP9 | | | X | X | Impeachment document | LRC |
| | | | | | Witness shown exhibits 761, 978, 1246 | |
| | | 11:18 am | | | Court in recess. | |
| | | 11:45 am | | | Court in session; all parties present outside the presence of the jury. | |
| | | 11:48 am | | | Plaintiff calls Ylva Rahm - direct examination | |
| | | 12:03 pm | | | Cross-examination of Ylva Rahm | |
| | 747 | | X | X | Waytena email to Stone et al, re: Update from France | LRC |
| | 837 | | X | X | Waytena email to Rahm re: TS PoC & Demo, figures | LRC |
| | 843 | | X | X | Waytena email to Rahm re: FT Next Steps | LRC |
| | 847 | | X | X | Rahm email to Maclean re: TS DT Trial agreement | |
| | 859 | | X | X | Waytena email to Rahm re: Updated draft agreement | LRC |
| | 856 | | X | X | Waytena email to Rahm re: DT billing | LRC |
| | | | | | Witness shown exhibit 859 | |
| | 873 | | X | X | Rahm email to Chirag re: TS Slides & call | LRC |
| | | 12:29 pm | | | Re-direct of Ylva Rahm | |
| | | 12:31 pm | | | Plaintiff calls Eric Stone - direct examination | |
| PDX6 | | | | | Demonstrative | |
| PDX2 | | | | | Demonstrative | |
| | | 1:08 pm | | | Court in recess. | |
| | | 1:31 pm | | | Court back in session. All parties and jury present. Continued direct examination of Eric Stone. | |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 437 | | | X | X | Telesocial Terms of Use | LRC |
| | | | | | Witness shown exhibits 850, 875 | |
| 1529 | | | X | X | Email | LRC |
| 1528 | | | X | | Telesocial's Trade Secrets | |
| PBX2-25 | | | | | Demonstrative | |
| PBX2-26 | | | | | Demonstrative | |
| PBX2-27 | | | | | Demonstrative | |
| PBX2-29 | | | | | Demonstrative | |
| PBX2-30 | | | | | Demonstrative | |
| 304 | | | X | X | CallFriends | LRC |
| PBX2-31 | | | | | Demonstrative | |
| PBX2-35 | | | | | Demonstrative | |
| PBX2-36 | | | | | Demonstrative | |
| PBX2-38 | | | | | Demonstrative | |
| PBX2-40 | | | | | Demonstrative | |
| PBX2-43 | | | | | Demonstrative | |
| PBX2-45 | | | | | Demonstrative | |
| | | 2:31 pm | | | Jury excused for the day. | |
| | | 2:32 pm | | | Court in recess for the day. | |
| | | | | | Plaintiff has 660 minutes left. Defendants have 781 minutes left. | |