UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: C-14-3985-JD
Case Name: Telesocial Inc. v. Orange S.A. et al

EXHIBIT and WITNESS LIST

| JUDGE:<br>Hon. James Donato | PLAINTIFF ATTORNEY:<br>Kevin Johnson/Ed DeFranco/Todd Briggs/Amy Candido/Deepa Acharya/David Myre | DEFENSE ATTORNEY:<br>Daralyn J. Durie/Anthony D. Mirenda/Daniel Schimmel/Eugene Novikov/Rebecca Gerome |
|---|---|---|
| JURY TRIAL DATE:<br>July 20, 2017 | REPORTER(S):<br>Belle Ball | CLERK:<br>Lisa R Clark |
| INTERPRETERS:<br>Julie Johnson/Muriel Gullaume-Angle | | |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:23 am | | | Court in session; out of the presence of the jury. | |
| | | 9:39 am | | | Court in session; all parties present and jury. Plaintiff plays video deposition of Xavier Perret. | |
| 55 | | | X | X | Streiff email to Benrikhi re: TR: Social communication/SR Friday | LRC |
| 76 | | | X | X | Perret email to Amet et al, re: Social Voice on Facebook: Positive Feedbacks from Facebook | LRC |
| 125 | | | X | X | Walker email to Le Drogo Ferrari et al, re: social voice | LRC |
| 126 | | | X | X | Le Drogo Ferrari email to Perret re: Social Voice and Facebook | LRC |
| 127 | | | X | X | Le Drogo Ferrari email to Perret re: Modern voice | LRC |
| 134 | | | X | X | Perret email to Le Drogo Ferrari re: Orange & Telesocial: Q&A, demo | LRC |
| 135 | | | X | X | Facebook - Orange Exec Meetings | LRC |
| 140 | | | X | X | Perret email to Le Drogo Ferrari re: Social Voice | LRC |
| 142 | | | X | X | Perret email to Le Drogo Ferrari re: Check in with you | LRC |
| 143 | | | X | X | Facebook & Orange Partnership PPT | LRC |
| 144 | | | X | X | Mains email to Perret re: Orange & Facebook Social Voice Partnership | LRC |
| 147 | | | X | X | Sharpe email to Perret et al, re: Review/Input required: Press request re Party Call | LRC |
| 148 | | | X | X | Sharpe email to Amet et al, re: Http://techcrunch.conn/2012/12/02/sta rtup-claims-that-partycall-france-telcomsfacebook-calling-app-was-its-idea/ | LRC |
| | | 9:55 am | | | Defendants call Catherine Le Drogo - direct examination | |
| | 136 | | X | X | Le Drogo Ferrari email to Fournier re: 120618 Social calling V105.ppt | LRC |
| | | | | | Witness shown exhibits 212, 218 | |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  | 141 |  | X | X | Le Drogo Ferrari email to Le Vu re: POC Social voice in Facebook | LRC |
|  | 815 |  | X | X | Le Drogo email to Streiff et al re: Telesocial: project related to FB users | LRC |
|  |  |  |  |  | Witness shown exhibit 587 |  |
|  | 1145 |  | X | X | Amet email to Waytena re my redlines... | LRC |
|  |  |  |  |  | Witness shown exhibit 210 |  |
|  | 236 |  | X | X | Le Drogo Ferrari email to Hazan et, al, re: Party Call | LRC |
|  | 1009 |  | X | X | Perret email to Le Drogo re: upsell data workshop with Facebook | LRC |
|  | 91 |  |  | X | Godiniaux email to De Maquille et al, re: Results (balance sheet) of the External PartyCall FUT |  |
|  |  | 10:32 am |  |  | Jury on recess. Court has discussion with parties outside the presence of the jury. |  |
|  |  | 10:37 am |  |  | Court in session; all parties and jury present. |  |
|  |  |  |  |  | Continued direct examination of Catherine Le Drogo |  |
|  |  | 10:38 am |  |  | Cross-examination of Catherine Le Drogo |  |
|  |  |  |  |  | Witness shown exhibit 126 |  |
| 129 |  |  | X | X | Le Drogo Ferrari email to Perret |  |
|  |  |  |  |  | Witness shown exhibits 133, 511 |  |
| 989 |  |  | X | X | Benrikhi email to Streiff re: Party Call in Anticipation Board with Attachment | LRC |
| 230 |  |  | X | X | Chart re Stand Alone Business Plan | LRC |
| 157 |  |  | X | X | Le Drogo Ferrari email to Perret et al, re: [Party Call Lite]: FUT launch delay + allocation of resources | LRC |
| 235 |  |  | X | X | Perret email to Auneveux et al, re: Alerte//[Party Call lite]: retard Lancement FUT + allocation de resources | LRC |
|  |  | 11:11 am |  |  | Re-direct of Catherine Le Drogo |  |
|  |  | 11:16 am |  |  | Re-cross of Catherine Le Drogo |  |
| 161 |  |  | X | X | Party Call PPT | LRC |
| 227 |  |  | X | X | PPT re MPR Europe cycle 2013-Party Call | LRC |
|  |  | 11:18 am |  |  | Court in recess. |  |
|  |  | 11:37 am |  |  | Court in session; out of the presence of the jury. |  |
|  |  | 11:44 am |  |  | Defendants call Frederic Mazeira - direct examination |  |
|  | 120 |  | X | X | PPT re ikea training from telco to web by Orange Labs | LRC |
|  |  |  |  |  | Witness shown exhibit 1024 |  |
|  | 895 |  | X | X | Megnin email to Petesch et al, re: Social Calling enabler/CR24/09 | LRC |
|  |  | 12:00 pm |  |  | Cross-examination of Frederic Mazeira |  |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | Witness shown exhibit 71 | |
| | | 12:14 pm | | | Defendants call Cyril de Maquille - direct examination | |
| | 1005 | | X | X | Party Call Friendly User Test Front-End to Back-End interface specification | LRC |
| | | 12:24 pm | | | Cross-examination of Cyril de Maquille | |
| 269 | | | X | X | Hand Drawing of Offices | LRC |
| | | 12:47 pm | | | Re-direct of Cyril de Maquille | |
| | | 12:53 pm | | | Defendants call Olivier Godiniaux - direct examination | |
| | 1161 | | X | X | Axure Prototype: Orange Privacy | |
| | 621 | | X | X | Godiniaux email to Coadic re: Vcom v2 Facebook use cases | LRC |
| | 706 | | X | X | Waytena email to Auerback re: Telesocial/CRV intro | LRC |
| | | 1:02 pm | | | Cross-examination of Olivier Godiniaux | |
| | | 1:14 pm | | | Court in recess. | |
| | | 1:39 pm | | | Court in session; all parties and jury present.  Continued cross-examination of Olivier Godiniaux. | |
| | | | | | Witness shown exhibits 86, 69 | |
| 90 | | | X | X | Godiniaux email to Amet et al, re: Party Call: 1st returns of the tests from this weekend | LRC |
| 266 | | | X | X | Feldyn email to Godiniaux et al, re: Conversation avec Feledyn Mickael | LRC |
| | | 2:11 pm | | | Re-direct of Olivier Godiniaux | |
| | | | | | Witness shown exhibit 882 | |
| | | 2:14 pm | | | Re-cross by plaintiff of Olivier Godiniaux | |
| | | 2:16 pm | | | Defendants call Robert Stillerman - direct exaimination | |
| | | | | | Witness accepted as an expert. | |
| | | | | | Witness shown demonstrative | |
| | | 2:39 pm | | | Court in recess. | |
| | | 3:09 pm | | | Court in session; out of the presence of the jury.  Court discusses proposed jury instructions and verdict form with the parties. | |
| | | 3:34 pm | | | Defendants make a Rule 50 motion - submitted. | |
| | | 4:08 pm | | | Court in recess. | |
| | | | | | Plaintiff has 57 minutes left.  Defendants have 196 minutes left. | |