UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELESOCIAL INC.,<br>        Plaintiff,<br>v.<br>ORANGE S.A., et al.,<br>        Defendants. | Case No. 14-cv-03985-JD<br><br>**JUDGMENT** |

Pursuant to the jury verdict entered on July 24, 2017, and Federal Rule of Civil Procedure 58, judgment is entered for defendant Orange S.A., the only remaining defendant, on all counts, except that judgment is entered for plaintiff Telesocial Inc. on its breach of contract claim for nominal damages in the amount of $1.

**IT IS SO ORDERED.**

Dated: July 31, 2017

JAMES DONATO
United States District Judge